AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Roberto Colon Santiago, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  9:21-cv-158-MBS |
| Andrea Venezio and Sapphire Health Group, LLC, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Defendants Andrea Venezio and Sapphire Health Group, LLC's motion to dismiss is granted and the complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   May 5, 2021                                                    *CLERK OF COURT*

                                                                      s/ V. Druce
                                                              *Signature of Clerk or Deputy Clerk*